**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MICHAEL N. JONES, an individual; JILL JONES, an individual; G. J., an individual,

*Plaintiffs-Appellees*,

v.

COUNTY OF LOS ANGELES,

*Defendant*,

and

DR. CLAUDIA WANG, an individual,

*Defendant-Appellant.*

No. 12-55995

D.C. No. 2:11-cv-02851-SJO-VBK

ORDER

Filed January 19, 2018

Before: N. Randy Smith and Mary H. Murguia, Circuit Judges, and Stephen M. McNamee,* Senior District Judge.

Order

---

\* The Honorable Stephen M. McNamee, Senior United States District Judge for the District of Arizona, sitting by designation.

**ORDER**

The opinion filed September 21, 2015, and appearing at 802 F.3d 990, is withdrawn.  It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The superseding memorandum will be filed concurrently with this order. The petition for rehearing and rehearing en banc filed on December 4, 2015 is denied as moot (Doc. 52). The parties may file additional petitions for rehearing or rehearing en banc.